## Dueltgen, Appellant, *v.* Nuernberg, et ux.

Before SILVESTRI, J., without a jury.

Argued November 21, 1975.

*Louis Vaira,* with him *Rea P. Miller, Jr.,* and *Weller, Wicks & Wallace,* for appellant; *Beverly A. Gazza,* with her *Tucker, Arensberg & Ferguson,* for appellees.

Judgment affirmed.